UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | CRIMINAL NO. 2 0 CR 056 |
| v. | § § | Count 1: 26 U.S.C. § 7206(1) |
| KIMBERLY DENET AMOS,<br>Defendant. | § § | |

United States Courts
Southern District of Texas
FILED

JAN 28 2020

David J. Bradley, Clerk of Court

**CRIMINAL INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

**Making and Subscribing a False Return, Statement, or Other Document**

**26 U.S.C. § 7206(1)**

From on or about November 20, 2017, within the Southern District of Texas,

**KIMBERLY DENET AMOS,**

a resident of Fresno, Texas, did willfully make and subscribe a United States Tax Return Form 1040, Schedule C, which was verified by a written declaration that it was made under the penalties of perjury and which Kimberly Denet Amos did not believe to be true and correct as to every material matter, namely that United States Tax Return Form 1040, Schedule C, which was filed with a proper officer of the United States, stated the total income from her claimed Schedule C business in 2016 was $61,240.00, whereas, as she then and there knew that the total income earned from her claimed Schedule C business was not less than $203,096.00 in the tax year 2016.

In violation of Title 26, United States Code, Section 7206(1).

1

## NOTICE OF CRIMINAL FORFEITURE

## (18 U.S.C. § 982(a)(7); 18 U.S.C. § 981(a)(1)(C))

Pursuant to Title 18, United States Code, Section 982(a)(7), the United States gives notice that upon Defendant's conviction of any health care fraud offense charged in this Indictment, the United States will seek forfeiture of all property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of such offenses.

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the United States gives notice that upon Defendant's conviction of any wire fraud offenses charged in this Indictment, the United States intends to seek forfeiture of all property, real or personal, which constitutes or is derived from proceeds traceable to such offenses.

## MONEY JUDGMENT AND SUBSTITUTE ASSETS

The United States gives notice that it will seek a money judgment against the Defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of the Defendant up to the amount of the money judgment.

RYAN K. PATRICK
United States Attorney

By: *[signature]*
Thomas Heyward Carter
Assistant United States Attorney
713-567-9470